FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 15 2017 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LAYTON S. TURNER,

        Plaintiff,

-against-

DETECTIVE DELLEMO, POLICE OFFICER
JOHN DOES,

        Defendants.
------------------------------------------------------------x

NOT FOR PUBLICATION
**ORDER**
15-CV-4392 (CBA) (LB)

**AMON, United States District Judge:**

The Court has received the Report and Recommendation ("R&R") of the Honorable Lois Bloom, United States Magistrate Judge, recommending that this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) because plaintiff Layton Turner failed to provide the Court with his current address. (See D.E. # 21.) No party has objected to the R&R, and the time for doing so has passed. When deciding whether to adopt a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of the R&R to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." Jarvis v. N. Am. Globex Fund, L.P., 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (internal quotation marks and citation omitted).

The Court has reviewed the record and, finding no clear error, adopts the R&R as the opinion of the Court. Accordingly, the Court dismisses this action for failure to prosecute pursuant to Rule 41(b). The Clerk of Court is directed to close the case and enter judgment accordingly.

SO ORDERED.

Dated: May 12, 2017
      Brooklyn, New York

s/Carol Bagley Amon
_____
Carol Bagley Amon
United States District Judge

1